IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FAUSTINO X. BETANCOURT COLON,

   Plaintiff,

      v.

BUNS BURGER SHOP, L.L.C.,

   **Defendant.**

CIVIL NO. 23-1584 (JAG)

## JUDGMENT

Pursuant to the Motion for Voluntary Dismissal, Docket No. 13, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, July 16, 2024.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE